DS130856
ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

2021 APR 19  PM 4: 28

| | | |
|---|---|---|
| EPHRIAM LAFATE SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | **3-21CV0904-N** |
| | ) | |
| v. | ) | CIVIL ACTION NO. _____ |
| | ) | |
| USAA INSURANCE AGENCY, INC. OF | ) | |
| TEXAS, AND WAYNE PEACOCK, CEO | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S ORIGINAL PETITION AND
## REQUESTS FOR DISCLOSURE

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW, EPHRIAM LAFATE SMITH ("Plaintiff"), complaining of Defendants

USAA INSURANCE AGENCY, INC. OF TEXAS and WAYNE PEACOCK, CEO

("Defendants"), and for its cause of action would respectfully show the Honorable Court and

Jury the following:

### I.
### DISCOVERY CONTROL PLAN

Plaintiff requests that this lawsuit be governed pursuant to 28 U.S.C.1332 is more

than $50,000.00 exclusive of interest and costs.

### II.
### PARTIES

Plaintiff, Ephriam Lafate Smith (hereinafter referred to as "Smith"), is a natural person and

resident of Cedar Hill, Dallas County, Texas.

Defendant USAA Insurance Agency, Inc., of USAA was founded in 1922 by 25 U.S. Army

officers who joined together to insure one another. Today, USAA is among the nation's most

respected and well managed insurers, with employees in the United States and the United Kingdom.

USAA and its family of property and casualty insurance companies offers members a wide range of products and services – and consistently earns the highest ratings from independent rating agencies, consumer groups USAA Insurance Agency, Inc. of Texas' principal and mailing address is 9800 FREDERICKSBURG ROAD, SAN ANTONIO, TX 78288. USAA Insurance Agency, Inc. of Texas, operates in Texas at 10750 McDermott Freeway, San Antonio, Texas 78288-9876. USAA Insurance Agency, Inc. of Texas may be served through its registered agent at CORPORATION SERVICE COMPANY, 1201 HAYS STREET, TALLAHASSEE, FL 32301, or wherever found.

Defendant Wayne Peacock, is CEO of USAA Insurance Agency, Inc. of Texas, location 10750 McDermott Freeway, San Antonio, Texas 78288-9876. Defendant may be at 1919 Torrance Blvd, Torrance, CA 90501, or wherever found.

### III.
### JURISDICTION AND VENUE

As a direct and/or proximate result of the incident made the basis of this lawsuit, Plaintiff incurred damages in an amount within the jurisdictional limits of this Court, exclusive of costs, pre- and post-judgment interest. Therefore, jurisdiction in this Court is proper.

Venue is proper in Dallas County because it is the county in which all or a substantial part of the events giving rise to the claim occurred. Tex. Civ. Prac. & Rem. Code § 15.002(a)(1). Defendant's acts and/or omissions were the direct and/or proximate cause of Plaintiff's damages as a result of the incident, more fully described herein.

### IV.

## FACTS

4.1    On or about December 14, 2020, Plaintiff, Ephriam Lafate Smith, Hereinafter ("Plaintiff"), made presentment of a PRIVATE REGISTERED SETOFF INSTRUMENT, STATEMENT OF ACCOUNT, PAYOFF LETTER, AND WITHOUT PREJUDICE NOTICE, hereinafter "Tender", a record of which is attached hereto and incorporated herein in its entirety as Attachment "A", Wayne Peacock, CEO – USAA Insurance Agency, Inc. of Texas, hereinafter "Defendants", for the setoff, settlement, and closure of Account No. 1092210960, hereinafter "Account", sent via USPS Registered Mail, Article No. 7019 0160 0000 0578 4286, by Tracye Johnson, Notary Public, hereinafter "Notary", as evidenced by the NOTARY'S CERTIFICATE OF SERVICE dated December 14, 2020, a record of which is attached hereto and incorporated herein in its entirety as ATTACHMENT "A".

4.2    On December 21, 2020, United States Postal Service, hereinafter "Carrier", collected the Tender from USPS for the Respondent.

4.3    On December 22, 2020 the Respondent accepted the Tender for the settlement Account No. 1092210960, as evidenced by the NOTICE titled REFERENCE: YOUR LOAN HAS BEEN PAID IN FULL dated December 22, 2020, a record of which is attached hereto and incorporated herein in its entirety as Attachment "A".

4.4    On December 22, 2020 Respondent reopened Account No. 1092210960 as evidenced by NOTICE dated December 29, 2020, a record of which is attached hereto in its entirety as Attachment "A".

4.5    On December 30, 2021 the Respondent accepted the Tender for settlement of the Account, as evidenced by the NOTICE OF FAULT dated December 30, 2021, as evidenced by

the NOTARY'S CERTIFICATE OF SERVICE dated December 30, 2021, a record of which is attached hereto as Attachment "A".

4.6    On January 8, 2021 the Carrier delivered the Presentment to the Respondent.

4.7    As of January 8, 2021 neither the Principal nor the Notary, have received sufficient response to the Presentment, thereby placing the Defendant at fault, as evidenced by the NOTICE OF FAULT AND OPPORTUNITY TO CURE dated January 19, 2021.

4.8    On January 19, 2021 the Respondent accepted the terms and provisions of the Presentment, as evidenced by the NOTICE OF FAULT AND OPPORTUNITY TO CURE dated January 19, 2021.

4.9    On January 25, 2021 the Carrier delivered the Presentment to the Respondent.

4.10    As of January 8, 2021 neither the Principal nor the Notary, have received sufficient response to the Presentment, thereby placing the Defendant at fault.

4.11    Respondent's failure to perform by the terms of the Presentment constitutes Respondent's acceptance and approval of the granting and conveying of a Specific Power of Attorney to the Principal to perform the duties of the Respondent stipulated therein.

4.12    Respondent's failure to perform by the terms of the Notice of Fault constitutes Respondent's acceptance and approval of the granting and conveying of a Specific Power of Attorney to the Principal to perform the duties of the Respondent stipulated therein.

4.13    Respondent's failure to perform by the terms of the NOTICE OF FAULT AND OPPORTUNITY TO CURE constitutes Respondent's acceptance and approval of the granting and conveying of a Specific Power of Attorney to the Principal to perform the duties of the Respondent stipulated therein.

4.14    Respondent's acceptance of the Presentment and Fault Notices constitutes Respondent's agreement to stipulated aggregate amount of unpaid obligations being Zero ($0.00) and 0/100 dollars.

4.15    Respondent has defaulted.

4.16    As an operation of law, the Defendant, by dishonor of the Presentment and the Fault Notice has created a default.

## V.
## NEGLIGENCE

5.1    Smith hereby incorporates all preceding paragraphs and further allege as follows.

5.2    Defendants was negligent in failing to honor the Presentment and Fault of Notice places the Defendants in default. For the course of dealing, set forth herein, with the Defendant's failure, refusal, or neglect in presentment of verified response the Presentment and Fault Notice, constitutes the Defendant's failure to perform in good faith and the Defendant's acquiescence and tacit agreement with all terms, conditions and stipulations set forth within this Notice of Default in Dishonor (Consent to Judgment), the Presentment, and the Fault Notice. Therefore, this matter is deemed res judicicata and stare decisis.

5.3    Of this presentment take due **Notice**, heed and govern yourself accordingly. This **FINAL EXPRESSION IN A RECORD** is intended as a complete and exclusive statement of the terms of the agreement between parties.

5.4    Each of the aforementioned negligent acts or omissions whether taken singularly, or in any combination, constitute negligence.  Defendant's negligence was a proximate cause of the Default and Smith's damages.

## VI.
## DAMAGES

6.1     As a direct and proximate result of the negligent acts and omissions of USAA Insurance Agency, Inc. of Texas and Peacock, CEO, Smith has suffered is entitled to the following damages for his injuries:

6.2     Pursuant to Rule 47 of the Texas Rules of Civil Procedure, Smith is seeking monetary relief over $50,000.00 but not more than $1,000,000.00.  Tex. R. Civ. P. 47(c)(4).

## VII.
## PRE-JUDGMENT AND POST-JUDGMENT INTEREST

7.1     Plaintiffs seeks pre-judgment and post-judgment interest at the highest available rate permitted by law.

## VIII.
## JURY DEMAND

8.1     Pursuant to Texas Rule of Civil Procedure 216, Plaintiff requests a trial by jury and would show that the appropriate fee is paid contemporaneously with the filing of this Petition.

## IX.
## CONDITIONS PRECEDENT

9.1     Pursuant to Rule 54 of the Texas Rules of Civil Procedure, all conditions precedent to Plaintiff's right to recover herein and to Defendant's liability have been performed or have occurred.

## X.
## TEXAS RULE OF CIVIL PROCEDURE 193.7 NOTICE

10.1     Pursuant to Rule 193.7 of the Texas Rules of Civil Procedure, Plaintiff hereby gives actual notice that all documents produced by any party will be used against that party at any pretrial proceeding and/or at the trial of this matter.

## XI.
## REQUEST FOR DISCLOSURE TO DEFENDANT

11.1    Pursuant to Rule 194 of the Texas Rules of Civil Procedure, of USAA Insurance Agency,

Inc. of Texas and Peacock, CEO is requested to disclose the information and material described

in Rule 194.2 within fifty (50) days of the service of this Requests for Disclosure to Defendant.

## VERIFICATION

STATE OF TEXAS                          §

                                        §

COUNTY OF _____                 §

On this day, _____appeared in person before me, a notary public, who knows the affiant to be the person whose signature appears on this document. According to the affiant's statements under oath, the affiant is a party in this case; the affiant has read these answers to interrogatories; and the answers are correct according to the affiant's personal knowledge.

_____

SWORN TO AND SUBSCRIBED BY ME by the said _____, on this the ___ ___day of _____, 2021, to certify which, witness my hand and seal of office.

**[SEAL]**

_____
Notary Public, State of Texas

## XII.
## PRAYER

12.1    WHEREFORE, PREMISES CONSIDERED, Plaintiff Smith prays that this cause be set

for trial before a jury; that they recover judgment of and from Defendants of USAA Insurance

Agency, Inc. of Texas and Peacock, CEO for actual damages in such amount as the evidence

may show and the jury may determine to be proper, together with prejudgment interest, post-

judgment interest, and cost of court; and such other and further relief to which they may show

themselves to be justly entitled.

Respectfully submitted,

**Ephriam Lafate Smith**

*/s/ Ephriam Lafate Smith*
Ephriam Lafate Smith
630 Oak Creek Dr.
Cedar Hill, Texas 75104
T: (214) 949-7664
E:  smithel_72@icloud.com

***PRO SE***

Registered Mail No. 7019 0160 0000 0578 4576

## THIS IS A PRIVATE COMMUNICATION BETWEEN THE PARTIES
## NOTICE TO AGENT IS NOTICE TO PRINCIPAL – NOTICE TO PRINCIPAL IS NOTICE TO AGENT

### NOTICE OF DEFAULT IN DISHONOR AND CONSENT TO JUDGEMENT

**Claimant:**
Ephriam Lafate Smith
c/o EPHRIAM LAFATE SMITH
630 Oak Creek Dr
Cedar Hill, Texas [75104]

**Respondent:**
Wayne Peacock, CEO
USAA
10750 McDermott Freeway
San Antonio, Tx 78288-9876

Re: ACCOUNT NO. [1092210960]

Enclosed herein and made a part of:

(1) **ATTACHMENT "A", RECORD OF PRESENTMENT AND FAULT NOTICE**, consisting of:
a. Setoff Instrument and Affidavit of Service dated December 14, 2020 (6 pages);
b. Notice of Fault and Non-Response dated December 30, 2020 (1 page);
c. Notice of Fault and Opportunity to Cure dated January 19, 2021 (1 page);
d. USPS Form 3800, Receipt for Registered Mail, dated December 14,2020 (1 page);
e. USPS Form 3800, Receipt for Registered Mail, dated January 02, 2021 (1 page);
f. USPS Form 3800, Receipt for Registered Mail, dated January 19, 2021 (1 page)

### STATEMENT OF FACTS:

1. On December 14, 2020, Ephriam Lafate Smith, hereinafter "trustor", made presentment of a PRIVATE REGISTERED SETOFF INSTRUMENT, STATEMENT OF ACCOUNT, PAYOFF LETTER, AND PREAUTHORIZED USE OF CREDIT, hereinafter "Tender", a record of which is attached hereto and incorporated herein in its entirety as Attachment "A", Wayne Peacock, CEO - USAA, hereinafter "Respondent", for the setoff, settlement, and closure of Account No. 1092210960, hereinafter "Account", sent via USPS Registered Mail, Article No. 7019 0160 0000 0578 4286, by Tracye Johnson, Notary Public, hereinafter "Notary", as evidenced by the NOTARY'S CERTIFICATE OF SERVICE dated December 14, 2020, a record of which is attached hereto and incorporated herein in its entirety as Attachment "A".

2. On December 21, 2020, United States Postal Service, hereinafter "Carrier", delivered the Tender to the Respondent.

Registered Mail No. 7019 0160 0000 0578 4576

3. On December 22, 2020, the Respondent discharged , settled, and setoff Account No. 1092210960 as evidenced by the Notice titled REFERENCE: YOUR LOAN HAS BEEN PAID IN FULL dated December 22, 2020, a record of which is attached hereto and incorporated herein in its entirety as Attachment "A".

4. On December 29, 2020, the Respondent reopened Account No. 1092210960 as evidenced by NOTICE dated December 29, 2020, a record of which is attached hereto and incorporated herein in its entirety as Attachment "A".

5. On December 30, 2020 the Respondent accepted the Tender for the settlement of the Account, as evidenced by the NOTICE OF FAULT dated December 30, 2020, as evidenced by the NOTARY'S CERTIFICATE OF SERVICE dated December 30, 2020, a record of which is attached hereto as Attachment "A".

6. On January 8, 2021, the Carrier delivered the Presentment to the Respondent.

7. As of January 8, 2021 neither the Principal nor the Notary, have received sufficient response to the Presentment, thereby placing the Respondent at fault, as evidenced by the NOTICE OF FAULT AND OPPORTUNITY TO CURE dated January 19, 2021.

8. On January 19, 2021 the Respondent accepted the terms and provisions of the Presentment, as evidenced by the NOTICE OF FAULT AND OPPORTUNITY TO CURE dated January 19, 2021, as evidenced by the NOTARY'S CERTIFICATE OF SERVICE dated January 19, 2021, a record of which is attached hereto as Attachment "A".

9. On January 25, 2021, the Carrier delivered the Presentment to the Respondent.

10. As of January 25, 2021 neither the Principal nor the Notary, have received sufficient response to the Presentment, thereby placing the Respondent at fault.

11. Respondent's failure to perform by the terms of the Presentment constitutes Respondent's acceptance and approval of the granting and conveying of a Specific Power of Attorney to the Principal to perform the duties of the Respondent stipulated therein.

12. Respondent's failure to perform by the terms of the NOTICE OF FAULT constitutes Respondent's acceptance and approval of the granting and conveying of a Specific Power of Attorney to the Principal to perform the duties of the Respondent stipulated therein.

13. Respondent's failure to perform by the terms of the NOTICE OF FAULT AND OPPORTUNITY TO CURE constitutes Respondent's acceptance and approval of the granting and conveying of a Specific Power of Attorney to the Principal to perform the duties of the Respondent stipulated therein.

Registered Mail No. 7019 0160 0000 0578 4576

14. Respondent's acceptance of the Presentment and Fault Notices constitutes Respondent's agreement to the stipulated aggregate amount of unpaid obligations being Zero ($0.00) and 0/100 dollars.

15. Respondent has defaulted.

16. As an operation of law, the Respondent, by dishonor of the Presentment and the Fault Notice has created a default.

**DEFAULT:**

For the Respondent's failure to honor the Presentment and Fault Notice places the Respondent in default. For the course of dealing, set forth herein, with the Respondent's failure, refusal, or neglect in the presentment of a verified response the Presentment and Fault Notice, constitutes the Respondent's failure to perform in good faith and the Respondent's acquiescence and tacit agreement with all terms, conditions and stipulations set forth within this Notice of Default in Dishonor (Consent to Judgement), the Presentment, and the Fault Notice. Therefore, this matter is deemed res judicata and stare decisis.

Of this presentment take due **Notice**, heed, and govern yourself accordingly. This **FINAL EXPRESSION IN A RECORD** is intended as a complete and exclusive statement of the terms of the agreement between the parties.

IN WHITNESS WHEREOF I hereunto set my hand and seal on this **10th** day of **February**, 2021 and hereby certify all the statements made above are true, correct and complete.

By: _____ Agent

Ephriam Lafate Smith, Accommodating Party

Registered Mail No. 7019 0160 0000 0578 4576

## JURAT / ACKNOWLEDGEMENT

State of TEXAS   )
DALLAS County   )
On this day and date of _____ , February _____ , 2013 A.D., Ephriam Lafate
Smith did personally appear before me, is known to be the natural woman or man operating in the
requisite capacity for signature described herein, who executed the foregoing, acknowledged the
contents thereof; and executed the same as her or him free act and deed.
Subscribed and agreed to before the undersigned.

Tracye N. Jul
Notary Signature

TRACYE NICOLE JOHNSON
Notary Public, State of Texas
Comm. Expires 11-16-2021
Notary ID 125740270

Seal/Stamp

My commission expires: November 16, 2021

Registered Mail No. 7019 0160 0000 0578 4576

## ATTACHMENT "A"

### RECORD OF PRESENTMENT AND FAULT NOTICE
### FOR: NOTICE OF DEFAULT IN DISHONOR, CONSENT TO JUDGEMENT

This section, Attachment "A", includes:

1. Setoff Instrument and Affidavit of Service dated December 14, 2020 (6 pages);
2. USPS Form 3800, Receipt for Registered Mail, dated December 14,2020 (1 page);
3. Notice of setoff and closure of Account No. 1092210960;
4. Notice that Respondent re-opened Account No. 1092210960;
5. Notice of Fault and Non-Response dated December 30, 2020 (1 page);
6. USPS Form 3800, Receipt for Registered Mail, dated January 02, 2021 (1 page);
7. Notice of Fault and Opportunity to Cure dated January 19, 2021 (1 page);
8. USPS Form 3800, Receipt for Registered Mail, dated January 19, 2021 (1 page)

**AFFIDAVIT OF NOTARY PRESENTMENT**

On December 14, 2020, Ephriam-Lafate: Smith appeared before me with the following documents listed below.

I, the below signed notary, personally verified that these documents were placed in an envelope and sealed by me. They were sent by United States Postal Service (USPS) Certified Mail number 7019 0160 0000 0578 4286 to Wayne Peacock, CEO United Services Automobile Association 10750 McDermott Freeway San Antonio, TX 78288-9876.

List of Documents:

Electronic Funds Transfer Instrument

UCC-3 Amendment

Payoff Letter

Statement of Account

Notice of Preauthorized Use of Credit

TRACYE NICOLE JOHNSON
Notary Public, State of Texas
Comm. Expires 11-16-2021
Notary ID 125740270

Notary Signature Seal

 **Loan Payoff Quote**

**USAA**

## Payoff Details

| | |
|---|---|
| **Name** | Donnett Smith |
| **Account Number** | 1092210960 |
| **Collateral Description** | Honda Pilot 2017 |
| **Payoff Amount**<br>Transactions on your account before Dec 24, 2020, may cause the payoff amount to change. | $21,042.69 |
| **Payoff Quote Good Through** | Dec 24, 2020 |

## Loan Payoff Steps

Closing documents associated with this account will be mailed to the address below. If this address is incorrect, please update it in your Personal Profile.

630 OAK CREEK DR
CEDAR HILL TX 75104-6235

Payoff checks can be mailed to us at:

USAA Federal Savings Bank
Attn: Auto Loan Payoff Dept.
10750 McDermott Freeway
SAN ANTONIO TX 78288-9876

Close Window

Copyright © 1997 - 2020, USAA. All Rights Reserved.

**USAA FEDERAL SAVINGS BANK**
10750 McDermott Freeway
San Antonio, TX 78288-0544
(210) 456-8040
1-800-531-8722

Copyright © 2020 USAA.

CERTIFIED MAIL # 7019 0160 0000 0578 4279

Ephriam Lafate Smith

c/o 630 Oak Creek Drive, Cedar Hill, TX [75104]

Steven Terner Mnuchin, Trustee

US Department of the Treasury

1500 Pennsylvania Avenue, NW Washington, DC 20220

RE: Account # 1092210960

December 14, 2020

### NOTICE OF PREAUTHORIZED USE OF CREDIT

Mr. Mnuchin:

I hereby authorize United Services Automobile Association to use my exemption, through FedWire through TTL account of Claimant's Bank, to settle the above-referenced account, by adjustment and offset through the undersigned's private Setoff Account, as follows:

Credit to the Order Of: United Services Automobile Association

Amount: $21,042.69     Twenty One Thousand Forty Two Dollars and 69/100

For Further Credit To: 1092210960

Debtor: EPHRIAM LAFATE SMITH 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

Setoff Account # 454459563

Please use my private Set-Off Account for the adjustment of fees associated with this authorization.

By: _____, Agent

Ephriam Lafate Smith, Bond # 454459563

VOID WHERE PROHIBITED BY LAW

EPHRIAM SMITH

630 Oak Creek Drive

Cedar Hill, TX 75104

December 14, 2020

Wayne Peacock, CEO

United Services Automobile Association

10750 McDermott Freeway

San Antonio, TX 78288-9876

Re: Account # 1092210960

**Statement of Account**

| | |
|---|---|
| Balance of Charges on account number 1092210960 | $21,042.69 |
| Discharge through Registered Electronic Funds Transfer | $21,042.69 |
| Ending Balance of Charges: | $0.00 |

The balance shown above reflects my good faith Statement of Account for the account indicated above. The Account Representative or his designee may correct or approve the statement. If you determine the balance is different than as shown above, your documented correction must be returned to me within two weeks, no later than December 28, 2020. Pursuant to UCC 9-210, failure to correct and return this Statement of Account with supporting documentation of indebtedness within two weeks constitutes your agreement with this accounting, after which you and your agents, assigns and successors may only make a claim up to the amount of this statement shown as a balance.

EPHRIAM SMITH

By _____, Agent

Ephriam Smith, Secured Party



AUTHORIZED REPRESENTATIVE
WITHOUT RECOURSE

NOT FOR DEPOSIT
EFT ONLY
FOR DISCHARGE OF DEBT

---

EPHRIAM LAFATE SMITH  ACCT. # 1092210960
630 OAK CREEK DR
CEDAR HILL, TX 76104-0000

103
32-2/1110 TX
5433

December 14, 2020

Pay to the Order of  USAA                                        $ 21,042.69

TWENTY ONE THOUSAND FORTY TWO   69/100                  Dollars

BANK OF AMERICA
EFT ONLY
For FOR DISCHARGE OF DEBT

⑆111000025⑆ 4880974587400010103

0449206          2020 Dec 07 PM12:59

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Ephriam-Lafate: Smith (214)949-7654

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Smith, Ephriam Lafate
630 Oakcreek Dr
Cedar Hill, TX 75104, USA

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE #   202008188355830 Filedate: 18-AUG-20 | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|

**2.** [ ] TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** [ ] CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** [ ] ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects [ ] Debtor  or [ ] Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

[ ] CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.   [ ] DELETE name: Give record name to be deleted in item 6a or 6b.   [ ] ADD name: Complete item 7a or 7b, and also item 7c, also complete items 7d-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**
6a. ORGANIZATION'S NAME EPHRIAM LAFATE SMITH TRUST

OR
| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

**7. CHANGED (NEW) OR ADDED INFORMATION:**
7a. ORGANIZATION'S NAME

OR
| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | [ ] NONE |
|---|---|---|---|---|---|

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.

Describe collateral [ ] deleted or [X] added, or give entire [ ] restated collateral description, or describe collateral [ ] assigned.
REGISTERED COLLATERAL: Security Note Numbers 102-400. Routing Number 111000025 Account Number 486997458740 is now a Uniform Commercial Code U.C.C. Article 3,9 and 9 Registered Security. Security Note Numbers 102-400 in Compliance with SECURITY EXCHANGE COMMISSION, SEC Law along with the REGISTERED CLAIMED DEBT

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor,  or if this is a Termination authorized by a Debtor, check here [ ] and enter name of DEBTOR authorizing this Amendment.
9a. ORGANIZATION'S NAME

OR
| 9b. INDIVIDUAL'S LAST NAME SMITH | FIRST NAME EPHRIAM | MIDDLE NAME LAFATE | SUFFIX |
|---|---|---|---|

**10.** OPTIONAL FILER REFERENCE DATA  DATE DECEMBER 7, 2020

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

## Filing Number-202012078517183



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*

San Antonio, TX 78288

| | | |
|---|---|---|
| Certified Mail Fee $3.55 | | 0104 |
| $ | $2.85 | 07 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | Here |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage $1.20 | | |
| $ | | 12/14/2020 |
| Total Postage and Fees $7.60 | | |
| $ | | |

Sent To WAYNE PEACOCK, CEO / USAA
Street and Apt. No., or PO Box No. 10750 MC DERMOTT FREEWAY
City, State, ZIP+4® SAN ANTONIO, TX 78288-9876

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions



USAA Federal Savings Bank
10750 McDermott Freeway
San Antonio, Texas 78288-0544

**USAA**®

0000367    SP    6759    -C41-P00367-I    -00649-554567590123

DECEMBER 22, 2020

DONNETT N SMITH
630 OAK CREEK DR
CEDAR HILL, TX 75104-6235

Reference: Your Loan Has Been Paid in Full

Dear DONNETT N SMITH,

Congratulations, we're pleased to notify you that your loan referenced below has been paid in full:

| | |
|---|---|
| **Loan ending in:** | 0960 |
| **VIN:** | 5FNYF5H58HB020203 |
| **Vehicle:** | Honda Pilot 2017 |

If USAA Bank is listed as the lien holder on your title, you will receive the title or release of lien in a separate mailing within 15 days or less as required by law.

**How to Obtain a Paper Title**
If your vehicle is titled in one of the states below and our lien is recorded electronically, we've already contacted the state's titling agency to remove our lien from the title. If you need a paper title, please visit your state titling agency's website for information on obtaining a paper title. You can find your state's website at onlinedmv.com.

| | | | |
|---|---|---|---|
| Arizona | California | Colorado | Florida |
| Georgia | Idaho | Iowa | Louisiana |
| Massachusetts | Nebraska | Nevada | New York |
| North Carolina | Ohio | Pennsylvania | South Carolina |
| South Dakota | Texas | Virginia | Washington |
| Wisconsin | | | |

We value your membership and ask that you keep USAA Bank in mind when you're ready to buy another vehicle. We have an online car buying service that can help you find comprehensive vehicle performance specifications, competitive rates, new and used car costs, payment calculations and USAA auto insurance options. *Log on to usaa.com (Keyword: Car Buying Service) to see how we can meet all your auto needs in one place.

If you have questions, please call us at 210-531-USAA (8722), our mobile shortcut #8722 or 800-531-8722.

Thank you,
USAA Federal Savings Bank

* Auto insurance provided by United Services Automobile Association and its property and casualty affiliates, San Antonio, Texas.
If your lien was filed in the state of Wisconsin, the security interest in your vehicle has been released with the Department of Transportation in accordance with the current vehicle code.
Credit cards provided by USAA Savings Bank, other bank products by USAA Federal Savings Bank, both Member FDIC.
Investments/Insurance: Not FDIC Insured Not Bank Issued, Guaranteed or Underwritten. May lose value.
USAA Car Buying Service provided by TrueCar, Inc. USAA Bank receives marketing fees in connection with the Car Buying Service.

F85135 Rev. 02-17

   85135-0217

6759-41-b1-0000367-0001-0001

# My Accounts / FIXED RATE LOAN Account Summary

View Another Account

| | | | |
|---|---|---|---|
| Account Number | 1092210960 | Current Balance | $0.00 * |
| Address | DONNETT N SMITH | Interest This Year | $854.06 |
| | 630 OAK CREEK DR | Interest Last Year | $1,071.45 |
| | CEDAR HILL TX 75104-6235 | | |
| Transit/Routing# | 314074269 | | |

*This is your payoff amount for today only.

*This is your payoff amount for your loan for today only.

| | | | |
|---|---|---|---|
| **Original Loan Date** | Jul 26, 2017 | **Payments Remaining** | 0 |
| **Scheduled Payoff Date** | Feb 24, 2024 | **Last Payment Date** | Dec 21, 2020 |
| **Original Loan Amount** | $36,895.10 | **Last Payment Amount** | $21,042.69 |
| **Interest Rate** | 3.99% | **Amount Past Due** | $0.00 |
| **Collateral ID** | 5FNYF5H58HB020203 | **Next Payment Date** | Dec 31, 9999 |
| **Collateral Description** | Honda Pilot 2017 | **Next Payment Amount** | $0.00 |

Transactions from Jun 26, 2020 to Dec 23, 2020

| | | | |
|---|---|---|---|
| 12/21/2020 | PRINCIPAL | $20,636.76 | ($6.76) |
| 12/21/2020 | INTEREST | $405.93 | ($6.76) |
| 10/05/2020 | NUMBER OF DAYS = 0 | | |
| 07/17/2020 | NUMBER OF DAYS = 0 | | |

Close Window

Copyright © 1997 - 2020, USAA. All Rights Reserved.

## Extend Payment Due Date

| December 23, 2020

Donnett Nicole Smith, we appreciate you doing business with USAA. Unfortunately, we are unable to take your request to extend this month's payment because the loan is already paid off. You will receive a letter in the mail within 5 to 7 days.

Get Support. Discuss. Explore.
Visit the USAA Community.

**GO MOBILE**
apps & more

Copyright © 2020 USAA.

About Our Ads



18:46 ⏀

Close  **Account Details**

Account Details

Account #1092210960

Transit Routing #314074269

| | |
|---|---|
| Account Name | FIXED RATE LOAN |
| Current Balance | $0.00 |
| Loan Collateral | Honda Pilot 2017 |
| | 5FNYF5H58HB020203 |
| Interest Rate | 3.99% |
| Original Loan | $36,895.10 |
| | July 26, 2017 |
| Interest Paid | $854.06 |
| | This Year |
| Interest Paid | $1,071.45 |
| | Last Year |
| Payoff Date | February 24, 2024 |
| Payments Remaining | 0 |



USAA®



0000713   SP        3165      -C41-P00713-1      -05132-554631650165
DONNETT N SMITH
630 OAK CREEK DR
CEDAR HILL, TX  75104-6235

\* ANNUAL PERCENTAGE RATE \*
3.9900000

YOU ARE HEREBY NOTIFIED THAT YOUR RECENT LOAN PAYMENT HAS BEEN RETURNED TO US
BY YOUR FINANCIAL INSTITUTION. PLEASE REMIT PAYMENT TO US IMMEDIATELY. IF YOU
HAVE ANY QUESTIONS, PLEASE CALL US AT 800-531-2265 OR IN SAN ANTONIO CALL
456-8000.

LOAN NUMBER        1092210960
CUSTOMER NUMBER    00000022766617
DUE DATE           01/24/21

AMOUNT DUE         21,042.69

DATE OF NOTICE 12/29/20

USAA FEDERAL SAVINGS BANK
10750 MCDERMOTT FREEWAY
SAN ANTONIO, TX  78288-0549

3165-41-b1-0000713-00001-00001

Certified Mail No. 7019 0160 0000 0578 4729

EPHRIAM LAFATE SMITH
630 Oak Creek Dr
Cedar Hill, Tx
[75104]

# Notice of Fault

To:
Wayne Peacock, CEO
USAA
10750 Mc Dermott Freeway
San Antonio, Tx 78288-9876

## RE: NOTICE OF FAULT

December 30, 2020

Dear Mr. Peacock:

On December 14, 2020, the undersigned Secured Party caused to be sent to you a private communiqué, i.e.; ELECTRONIC FUNDS TRANSFER INSTRUMENT, and requested that you send confirmation that the entitlement orders had been acknowledged and honored, and that this obligation had been settled and closed per the instructions. It was sent to you via Certified Mail Number 7019 0160 0000 0578 4286. You failed to perform properly after receiving said presentment. The EFT was processed as an ACH (Automated Clearing House). The EFT instrument clearly states that it is NOT to be used for debit and deposit, but for electronic funds transfer ONLY.

As the Respondent, you are now at fault and you are deemed in agreement and have stipulated to the terms of the undersigned's presentment through your dishonor should you fail to cure your fault of non-response by providing requested actions. Should this matter go into default, said default becomes the 'agreement of the parties' (silence equals agreement).

You have the right to cure this fault and perform according to said terms within fifteen (15) days from the receipt of this Notice.

Should you fail to cure your fault, this Notice and the undersigned's following Affidavit will establish the fact in the record of your acceptance, agreement, general acquiescence to the matter established upon your silence, and your failure to contest acceptance, pursuant to and relative to UCC, State Statute/case law and otherwise you agree that the debt can only be discharged and/or set-off.

Thank you for your prompt attention to this matter.
Sincerely,

Without Prejudice

By: _____, Agent
Ephriam-Lafate: Smith, Secured Party Creditor,
Authorized Representative, Attorney-In-Fact on
Behalf of EPHRIAM LAFATE SMITH©, Ens Legis

1. Notice of Fault

TRACYE NICOLE JOHNSON
Notary Public, State of Texas
Comm. Expires 11-16-2021
Notary ID 125740270

Tracye N.



U.S. Postal Service®
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

San Antonio, TX 78283

OFFICIAL USE

Certified Mail Fee $3.55

$2.95

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ $0.00
☐ Return Receipt (electronic)        $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $

Postage $1.00

Total Postage and Fees $7.40

0104
63

Postmark
Here

01/02/2021

Sent To Wayne Peacock, CEO USAA
Street and Apt. No., or PO Box No. 10755 McDermott Freeway
City, State, ZIP+4® San Antonio, TX 78288-9876

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Certified Mail No. 7020 1810 0000 4512 7457

EPHRIAM LAFATE SMITH
630 Oak Creek Dr
Cedar Hill, Tx
[75104]

## Notice of Fault (Opportunity to Cure)

To:
Wayne Peacock, CEO
USAA
10750 McDermott Freeway
San Antonio, TX 78288-9876

## RE: NOTICE OF FAULT AND OPPORTUNITY TO CURE

January 19, 2021

Dear Mr. Peacock:

On this 19th day of January, 2021, I send you a Notice of finalization of Administrative Process and a pending Notice of Dishonor regarding the presentments (ELECTRONIC FUNDS TRANSFER INSTRUMENT), You failed to accept or perform correctly after receiving these presentments/instruments sent on December 14, 2020 via Certified Mail Number 7019 0160 0000 0578 4286.

As the Respondent, you are now at fault with the opportunity to cure and you are deemed in agreement and have stipulated to the terms of the undersigned's presentment through your dishonor should you fail to cure your fault by providing requested actions. Should this matter go into dishonor, said dishonor becomes the 'agreement of the parties' (silence equals agreement).

You have the right to cure this fault and perform according to said terms within ten (10) days from the receipt of this Notice. The negotiable instrument (EFT) submitted was not returned upon your response. By keeping the instrument and not discharging the alleged debt, it may be construed that you are attempting to commit fraud and theft.

Should you fail to cure your fault, this Notice and the undersigned's following Affidavit will establish the fact in the record of your acceptance, agreement, general acquiescence to the matter established upon your silence, and your failure to contest acceptance, pursuant to and relative to UCC, State Statute/case law and otherwise you agree that the debt can only be discharged and/or set-off – UCC 3-603 (b).

Thank you for your prompt attention to this matter.
Sincerely,

Without Prejudice

BY: Ep ____ , Agent

Ephriam-Lafate: Smith, Secured Party Creditor,
Authorized Representative, Attorney-In-Fact on
Behalf of EPHRIAM LAFATE SMITH©, Ens Legis

TRACYE NICOLE JOHNSON
Notary Public, State of Texas
Comm. Expires 11-16-2021
Notary ID 126740270

Tracye N. Johnson
My Commission Expires: November 16, 2021

1. Notice of Fault and Opportunity to Cure



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

San Antonio TX 78289

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $3.55 | 0104 |
| $ $2.85 | 77 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery $ $0.00 | Here |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $1.20 | |
| $ | 01/19/2021 |
| Total Postage and Fees $7.60 | |
| $ | |

Sent To Wayne Peacock, CEO USAA
Street and Apt. No., or PO Box No. 10750 Mc Dermott Fwy
City, State, ZIP+4® San Antonio, TX 78288-9076

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

EPHRIAM LAFATE SMITH Estate
Office of the Executor
General Post Office
PO BOX 3187 Cedar Hill [Non-domestic] Texas, 75106-3187

February 19, 2021

## EPHRIAM LAFATE SMITH ESTATE EXECUTIVE NOTICE 1000

From:
Office of the General Executor, EPHRIAM LAFATE SMITH 85-6468686/
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 decedent

Subj: ASSUMPTION OF OFFICE OF GENERAL EXECUTOR

Ref: (a)  Will and testament for testator, recorded in the Commercial Chamber/ Registry, Uniform Commercial Code UCC-1 Financing Statement number: 202008188355830 (attached herein for reference)

  (b)  Affidavit of Truth (Free indigenous Sovereign Standing) recorded in the Commercial Chamber/ Registry, Uniform Commercial Code UCC-1 Financing Statement number: 202008188355830 (attached herein for reference)

Encl: (1) Public Servant Questioner Form (PSQ1)

1. Situation and purpose. To publish and promulgate notice of occupation of the office of General Executor and Administrator for the estate of: EPHRIAM LAFATE SMITH and EPHRIAM LAFATE SMITH, joint and severally, and collectively known as "The Estate" in accordance with the Testators Will.

2. Cancelation. All persons and individuals acting in the capacity as Executor, Guardian, and/or Administrator are with leave until further notice, and are therefore required revoked of any benefits, privileges, and/or immunities, regarding the Estate, including the usage and/or misusage of interest, credit, and other items claimed as assets for the Estate. This appointment shall remain in effect until further notice from this office bearing the autograph or the seal of the General Executor.

3. Mission/Objective.

  a. This notice serves as the acceptance to the appointment of General Executor and Administrator of the Estate by Ephriam-Lafate: Smith as in accord with the will of the testator, to

administer the distribution of the assets, credits, and interests, as well as to settle all claims against the decedent's Estate.

b. This further serves as notice of the Estate's intention to maintain a peaceful relationship with those "in care of" persons, serving as trustees, fiduciaries, and public servants appointed (by the Executor) to serve the interests of the Estate.

4. Execution. As of 12:45, February, 19 2021, Ephriam-Lafate: Smith, an indigenous sovereign man, identified in the reference (b), assumes the duties as Guardian and General Executor for the estate and is granted full faith and credit to execute the duties of this office as is the will and testament of the Testator.

5. Administration and Logistics.

a. Claims against the Estate. All claims against the Decedent or Estate for payment or usage of credits or interest of any kind and in any amount, whether it be for tax, or fee, or collection, or charge, or discharge, shall not be paid, without being presented to the office of General Executor for approval.

b. When approval is given for administration or probation of the Estate, it shall be made evident in writing by this office, and as per requirement, anyone who claims authority to act on behalf of the estate shall be required to be in possession of the letter affirming the Fiduciary authority to do so. Continuing unauthorized use of credits or interests without express consent, and upon being noticed by this order, constitutes fraud against the estate, and the committing of perjury by the individuals acting.

b. Notice to Fiduciaries. As fiduciary you may not assert any management power over the Estate without delegation in writing by authority and under seal of this office. Fiduciaries shall at no time improperly use the estates money, assets, property, services, or credit in the performance of, or as a result of, their official duties for activities that have not been approved by this office.

d. Notice to Public Officials:

(1) Every person who, under color of law, or any statute, ordinance, regulation, custom, or usage, of any state or territory, interferes, obstructs, deprives any rights, privileges, or immunities of the estate, shall be liable to the estate, without immunity, in an action at suit or other proper proceeding for redress.

(2) Public officials wishing to present a claim against the Estate shall, in accordance with the law and administrative policy established by this office, comply with requirement to disclose personal assets and liabilities, as well as those of their spouses and/or dependents to the administration office of the estate.

c. Response is not required, however any response received, of which purports the inability or refusal to perform in accordance with the guidance set-forth in this notice, must be submitted to our office including a signed PSQ1 or with affirmation signed under penalty of perjury in accordance with requirements set-forth in the Privacy Act of 1974 (Public Law 93-579), which shall serve to insure high standards of honesty, impartiality, character, and conduct as in accordance with Title 5 CFR Part 735. The Estate is relying on your silence as consent and assent to be bound unto this agreement and the duties and obligations set-forth herein.

Sincerely,

By: executor [signature]

By: Ephriam-Lafate: Smith as
Executor/Administrator for estate of
EPHRIAM LAFATE SMITH

State of Texas)
)ss JURAT
County of Dallas)

On this 19th day of February in the year 2021, before me, the undersigned notary public, personally appeared Ephriam-Lafate: Smith, known to me to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged that he/she/they executed the same for the purposes therein contained. In witness whereof, I hereunto set my hand and official seal.

Tracye N. J[signature]
Notary/Witness

NOTARY PUBLIC STATE OF TEXAS
TRACYE NICOLE JOHNSON
Notary Public, State of Texas
Comm. Expires 11-16-2021
Notary ID 125740270