IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| EPHRIAM LAFATE SMITH, § | |
|     PLAINTIFF, § | |
| § | |
| V. § | CIVIL CASE NO. 3:21-CV-904-N-BK |
| § | |
| USAA INSURANCE AGENCY, § | |
| INC., OF TEXAS, § | |
|     DEFENDANT. § | |

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. This case is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction, and Defendants' motion, Doc. 10, is **TERMINATED AS MOOT**.

**SO ORDERED** this 25th day of March, 2022.

_____
David C. Godbey
U. S. District Judge