IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| EPHRIAM LAFATE SMITH,                     § | |
|     PLAINTIFF,                          § | |
|                                                            § | |
| V.                                                             § | CIVIL CASE NO. 3:21-CV-904-N-BK |
|                                                            § | |
| USAA INSURANCE AGENCY,         § | |
| INC., OF TEXAS,                              § | |
|     DEFENDANT.                     § | |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED, ADJUDGED**, and **DECREED** that this case be **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**IT IS FURTHER ORDERED** that Defendant's motion to dismiss, Doc. 10, be **TERMINATED AS MOOT**.

**IT IS FURTHER ORDERED** that the Clerk shall transmit a true copy of this Judgment and the order accepting the Findings, Conclusions and Recommendation of the United States Magistrate Judge, to counsel for the parties.

SIGNED this 25th day of March, 2022.

_____
David C. Godbey
United States District Judge